# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:19-M -09748(1) |
| | § |
| (1) Mario Martinez-Saucedo | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 27, 2019** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Mario MARTINEZ-Saucedo, an alien, entered, or was found in the United States at or near Carrizo Springs, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Tx on 11/17/2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title     **8**     United States Code, Section(s)    **1326(a)(1)**
.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"The defendant, Mario MARTINEZ-Saucedo, was arrested by Border Patrol Agents, on November 27, 2019 for being an alien illegally present in the United States. Investigation and*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Velez, Gregorio
BPA

12/03/2019                                              at    DEL RIO, Texas
File Date                                                     City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:19-M -09748(1)

(1) Mario Martinez-Saucedo

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 11/17/2019 through Laredo, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____  _____
Signature of Judicial Officer                      Signature of Complainant